United States District Court
for the
Southern District of Florida

| | |
|---|---|
| David Cunningham, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-23816-Civ-Scola |
| Community Loan Servicing, LLC, | ) |
| Defendant. | ) |

### Order Transferring Case

This action involves facts and issues that are substantially similar to an earlier-filed action pending before Judge Gayles (Case No. 22-20955-Civ-Gayles). In keeping with Internal Operating Procedure 2.15.00 of this Court, the judges involved have determined that that this action should be transferred to the judge to whom the earlier-filed action is assigned. Subject to Judge Gayles's consent, the Court directs the Clerk to **transfer** this case to Judge Gayles, consistent with Internal Operating Procedure 2.15.00.

**Done and ordered** in Miami, Florida, on November 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

After reviewing this matter, I accept the transfer of this action, and order that all future filings in this action bear the case number **22-23816-Civ-Gayles**, indicating the judge to whom all filings should be routed or otherwise brought for attention.

**This transfer is accepted** on November 22, 2022.

_____
Darrin P. Gayles
United States District Judge